IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 04 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 25-072 PRW |
| JAMES ALVIN HUDSON and KAYLA LABRAE MELTON, | ) ) ) ) | Violations: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 853 |
| Defendants. | ) | |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Drug Conspiracy)

From in or about January 2025, the exact date being unknown to the Grand Jury, and continuing thereafter through on or about February 3, 2025, in the Western District of Oklahoma,

--------------------------------- JAMES ALVIN HUDSON and
KAYLA LABRAE MELTON ------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about February 3, 2025, in the Western District of Oklahoma,

------------------------------ **JAMES ALVIN HUDSON and**
**KAYLA LABRAE MELTON** ------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment, **JAMES ALVIN HUDSON** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense(s), and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense(s).

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment, **KAYLA LABRAE MELTON** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense(s),

2

and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense(s).

The property subject to forfeiture includes, but is not limited to, approximately $14,000.00 in U.S. currency.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*/s/*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

THOMAS B. SNYDER
Assistant United States Attorney